IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
CIVIL ACTION NO. 4:22-CV-00130-FL

| | |
|---|---|
| LESLEY MASON, | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| CARTERET COUNTY, NORTH CAROLINA; TOMMY R. BURNS, II, in his individual capacity; and EUGENE FOXWORTH, in his individual capacity, | ) |
| Defendants. | ) |

On motion of Defendants and for good cause shown, all proceedings and deadlines in this matter other than those related to Defendants' pending motion pursuant to Rules 12(b)(1), 12(b)(2), and 12(b)(6), Federal Rules of Civil Procedure, including but not limited to all deadlines, conferences, hearings, and acts pertaining to the preparation and filing and/or service of Rule 26(f) reports, scheduling orders, Rule 26(a)(1) disclosures, and discovery, are stayed pending disposition of Defendants' Motion to Dismiss (ECF No. 12).

This the 7th day of March, 2023.

_____
LOUISE W. FLANAGAN
United States District Judge