UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| LESLEY MASON )<br>        Plaintiffs, )<br>)<br>v. )<br>)<br>CARTERET COUNTY, NORTH )<br>CAROLINA, TOMMY R. BURNS, II )<br>in his individual capacity, and EUGENE )<br>FOXWORTH, in his individual capacity )<br>        Defendants ) | **JUDGMENT**<br>4:22-CV-130-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendants' motion to dismiss.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered August 25, 2023, and for the reasons set forth more specifically therein, defendants' motion to dismiss is GRANTED. Plaintiff's complaint is DISMISSED for failure to state a claim upon which relief may be granted

**This Judgment Filed and Entered on August 25, 2023, and Copies To:**
William Joseph Austin, Jr. (via CM/ECF Notice of Electronic Filing)
Mary Craven Adams (via CM/ECF Notice of Electronic Filing)

August 25, 2023                  PETER A. MOORE, JR., CLERK

                                        /s/ Sandra K. Collins
                                      (By) Sandra K. Collins, Deputy Clerk